# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| ERNEST HENDERSON § | |
| § | |
| v. § | |
| § | CIVIL ACTION NO. 3:24-CV-3130-S-BK |
| UNITED STATES DISTRICT COURT § | |
| FOR THE NORTHERN DISTRICT OF § | |
| TEXAS, et al. § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

SIGNED February 5 2025.

_____
UNITED STATES DISTRICT JUDGE